# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 3, 2015

## NO. 03-13-00014-CV

**Robert Samaniego, Appellant**

**v.**

**The Office of the Attorney General of Texas and Janie L. Hernandez, Appellees**

### APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
### REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on November 27, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.